IN THE SUPREME COURT OF NORTH CAROLINA

No. 225A14

FILED 10 April 2015

WALLACE SCOTT KIKER

v.

CEDRIC JELANI WINFIELD


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 759 S.E.2d 372 (2014), vacating and remanding an order entered on 18 November 2013 by Judge James M. Webb in Superior Court, Harnett County. Heard in the Supreme Court on 17 March 2015.

*Bain, Buzzard & McRae, LLP, by Robert A. Buzzard and Elisa B. Jernigan, for plaintiff-appellant.*

*Law Offices of Robert E. Ruegger, by Robert E. Ruegger, for defendant-appellee.*


PER CURIAM.

AFFIRMED.